ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SIGN, PICTORIAL AND DISPLAY INDUSTRY WELFARE AND PENSION TRUST FUNDS; MIKE HARDEMAN, TRUSTEE,<br><br>                Plaintiffs,<br><br>vs.<br><br>PACIFIC CONVENTION SERVICES, INC., a corporation; doing business as PACIFIC CONVENTION SERVICES<br><br>                Defendants. | NO. C 07 3205 SC<br><br><br><br><br><br>COMPLAINT |

Plaintiffs complain of defendants and for a cause of action alleges that:

1.    Jurisdiction of this Court is founded upon Section 301(c)(1) of the National Labor Relations Act of 1947 [29 U.S.C. §185(a)] and Section 502 of the Employee Retirement Income Security Act of 1974, said Act being hereinafter referred to as "ERISA" (29 U.S.C. §1132), in that defendants have violated collective bargaining agreements and certain Trust Agreements, thereby violating the provisions of ERISA and the provisions of the National Labor Relations

COMPLAINT
1

1 | Act of 1947.

2. Plaintiffs BOARD OF TRUSTEES OF THE SIGN, PICTORIAL AND DISPLAY INDUSTRY WELFARE FUND and SIGN, PICTORIAL AND DISPLAY INDUSTRY PENSION FUND (hereinafter "TRUST FUNDS"), named in the caption, are trustees of employee benefit plans within the meaning of §§3(1) and (3) and §502(d)(1) of ERISA, 29 U.S.C. §1002(1) and (3) and §1132(d)(1), and a multiemployer plan within the meaning of §§3(37) and 515 of ERISA, 29 U.S.C. §§1002(37) and §1145.  MIKE HARDEMAN is a Trustee.  Said Trust Funds are authorized to maintain suit as independent legal entities under §502(d)(1) of ERISA, 29 U.S.C. §1132(d)(1) and said TRUST FUNDS bring this action of on behalf of fiduciaries, participants and beneficiaries.

3. Plaintiffs are informed and believe and thereupon allege that defendant, PACIFIC CONVENTION SERVICES INC., a corporation doing business as PACIFIC CONVENTION SERVICES, resides and does business in San Rafael, California.  Performance of the obligations to pay fringe benefits set forth in the collective bargaining agreement is in this judicial district.  ERISA specifically authorizes Trust Funds to bring this action in the district where the plans are administered, 29 U.S.C. §1132(e)(2); the plans are administered in the Northern District of California.

4. Each and every defendant herein is the agent of each and every other defendant herein.  Defendants and each of them are engaged in commerce or in an industry affecting commerce.

5. At all times pertinent hereto defendants have been bound by written collective bargaining agreements with the Sign, Display and Allied Crafts Local Union No. 510, a labor organization in an industry affecting commerce.  The aforesaid agreements provide

1  that defendants shall make contributions to the TRUST FUNDS on behalf
2  of defendants' employees on a regular basis on all hours worked, and
3  that defendants shall be bound to and abide by all the provisions of
4  the respective Agreement and Declarations of Trust of said TRUST FUNDS
5  (hereinafter the "Trust Agreements").

6      6.   The Trust Funds rely upon a self reporting system.
7  Defendants have unique knowledge of the amounts of contributions that
8  they are liable to pay each month, and has a fiduciary obligation to
9  accurately report the amount to the Trust Funds.

10     7.   Defendants have breached both the provisions of the
11 collective bargaining agreements and the Trust Agreements above
12 referred to by failing to properly complete monthly reports and pay
13 all moneys due on behalf of defendants' employees to the TRUST FUNDS.
14 Said breach constitutes a violation of ERISA (29 U.S.C. 1002, et seq.)
15 and of the National Labor Relations Act of 1947.

16     8.   Pursuant to the terms of the collective bargaining
17 agreements there is now due, owing and unpaid from defendants to the
18 TRUST FUNDS on account number 81327 contributions for hours worked by
19 covered employees found due by a payroll audit for the period January
20 1, 2005 through December 31, 2005, and liquidated damages and interest
21 which are specifically provided for by said agreements.  The total
22 amount due including interest to date is $3,810.70; and contributions
23 due for hours worked by covered employees for the months of December
24 2006 through present and liquidated damages and interest which are
25 specifically provided for by said agreements.  The total amount due
26 is unknown at this time; additional monthly amounts may become due
27 during the course of this litigation and in the interest of judicial
28 economy, recovery of said sums will be sought in this case.  Interest

is due and owing on all principal amounts due and unpaid at the legal rate from the dates on which the principal amounts due accrued.

9. Demand has been made upon said defendants, but defendants have failed and refused to pay the amounts due the TRUST FUNDS or any part thereof; and there is still due, owing and unpaid from defendants the amounts set forth in Paragraph 8 above.

10. The Trust Agreements provide that, in the event suit is instituted to enforce payments due thereunder, the defendants shall pay court costs and reasonable attorneys' fees.  It has been necessary for plaintiffs to employ ERSKINE & TULLEY, A PROFESSIONAL CORPORATION, as attorneys to prosecute the within action, and reasonable attorneys' fees should be allowed by the Court on account of the employment by plaintiffs of said attorneys.

WHEREFORE, plaintiffs pray:

1. That the Court render a judgment on behalf of plaintiffs for all contributions due and owing to the date of judgment, plus liquidated damages provided for by the contract, interest at the legal rate, reasonable attorneys' fees incurred in prosecuting this action and costs.

2. That the Court retain jurisdiction of this cause pending compliance with its orders.

3. For such other and further relief as the Court deems just and proper.

DATED: June 14, 2007                ERSKINE & TULLEY
                                    A PROFESSIONAL CORPORATION


                                    By:/s/Michael J. Carroll
                                       Michael J. Carroll
                                       Attorneys for Plaintiffs