ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431
Facsimile: (415) 392-1978

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE SIGN PICTORIAL AND DISPLAY INDUSTRY, et al.**<br><br>**Plaintiffs,**<br>vs.<br>**PACIFIC CONVENTION SERVICES, INC., a corporation; doing business as PACIFIC CONVENTION SERVICES**<br><br>**Defendants.** | NO. C 07 3205 SC<br><br>**MOTION FOR ENTRY OF DEFAULT** |

To the Clerk of the United States District Court for the Northern District of California:

You will please enter the default of defendant, PACIFIC CONVENTION SERVICES, INC., a corporation; doing business as PACIFIC CONVENTION SERVICES for failure to plead or otherwise move as provided by the Federal Rules of Civil Procedure, as appears from the Declaration of Michael J. Carroll in Support of Entry of Default filed herewith.

Dated: August 8, 2007                           ERSKINE & TULLEY


                                    By:   /s/ Michael J. Carroll
                                          MICHAEL J. CARROLL
                                          Attorney for Plaintiffs

**MOTION FOR ENTRY OF DEFAULT**                    1