1 ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
2 MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 3033
3 San Francisco, CA 94104
Telephone: (415) 392-5431
4 Facsimile: (415) 392-1978

5 Attorneys for Plaintiffs

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

12 **BOARD OF TRUSTEES OF THE SIGN,**            ) NO. C 07 3205 SC
**PICTORIAL AND DISPLAY INDUSTRY, et al.**      )
13                                               ) **DECLARATION OF MICHAEL**
                                                 ) **J. CARROLL IN SUPPORT OF**
14                    **Plaintiffs,**             ) **MOTION FOR ENTRY OF**
      vs.                                        ) **DEFAULT**
15                                               )
**PACIFIC CONVENTION SERVICES, INC., a**         )
16 **corporation; doing business as PACIFIC**    )
**CONVENTION SERVICES**                          )
17                                               )
                      **Defendants.**             )
18 ─────────────────────────────────────────────  )

19         I, MICHAEL J. CARROLL, declare:

20         1. I am duly admitted to practice law before all of the courts of the State of California

21 and in the United States District Court, Northern District of California. I am one of the attorneys for

22 plaintiff in this action. I have personal knowledge of the facts stated herein and if called as a witness,

23 I could competently testify as follows:

24         2. The complaint and summons in this action were served on defendant, PACIFIC

25 CONVENTION SERVICES, INC., a corporation; doing business as PACIFIC CONVENTION

26 SERVICES, on July 16, 2007 as appears from the proofs of service of said summons e-filed with the

27 Court.

28         3. The time within which the defendants may answer or otherwise move as to the

**DECLARATION OF MICHAEL J. CARROLL IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT**          1

1  complaint has expired, that defendants have not answered or otherwise moved and that the time for
2  defendants to answer or otherwise move has not been extended.
3       I declare under penalty of perjury that the foregoing is true and correct.
4       Executed on August 8, 2007 at San Francisco, California.

6                                        /s/ Michael J. Carroll
                                         MICHAEL J. CARROLL

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104. On August 8, 2007 I served the within **MOTION FOR ENTRY OF DEFAULT, DECLARATION OF MICHAEL J. CARROLL IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT and PROPOSED NOTICE OF ENTRY OF DEFAULT** on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

```
Susan Rogers
Pacific Convention Services
987 Del Ganado Road
San Rafael, CA 94903
```

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on August 8, 2007 at San Francisco, California.

/s/ Sharon Eastman