ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431
Facsimile:  (415) 392-1978

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE SIGN PICTORIAL AND DISPLAY INDUSTRY, et al.**<br><br>Plaintiffs,<br>vs.<br><br>**PACIFIC CONVENTION SERVICES, INC., a corporation; doing business as PACIFIC CONVENTION SERVICES**<br><br>Defendants. | NO. C 07 3205 SC<br><br>**PROPOSED NOTICE OF ENTRY OF DEFAULT** |

   IT IS HEREBY NOTICED that the default of defendants, PACIFIC CONVENTION SERVICES, INC., a corporation; doing business as PACIFIC CONVENTION SERVICES,  has been entered by the Clerk of the Court on _____.

Date:_____                              Richard W. Wieking, Clerk


                                                                By: _____
                                                                         Deputy Clerk

**NOTICE OF ENTRY OF DEFAULT**                         1