**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 10, 2007

RE:  CV 07-03205 SC    BOARD OF TRUSTEES SIGN-v- PACIFIC CONVENTION SVCS.

Default is entered as to defendant Pacific Convention Services, Inc., a corporation; doing business as Pacific Convention Services  on 08/10/07.

        RICHARD W. WIEKING, Clerk

        by Alfred Amistoso
        Case Systems Administrator

NDC TR-4  Rev. 3/89