IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Sign, Pictorial and Display Industry Welfare
and Pension Trust Funds, et al.**,**
      Plaintiff(s),

v.

Pacific Convention Services, Inc.,
      Defendant(s).
_____/

No. **C-07-3205 -SC**

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has scheduled **Plaintiff's Motion for Default Judgment** on **November 30, 2007 at 10:00 A.M.**. before the Honorable Samuel Conti. The Case Management Conference set for September 21, 2007 is off calendar.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: 9/12/07

FOR THE COURT,

Richard W. Wieking, Clerk

By: T. De Martini
     Courtroom Deputy Clerk