```
1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BOARD OF TRUSTEES OF THE SIGN, PICTORIAL, et al., | ) ) ) | NO.  C 07 3205 SC |
|---|---|---|
| Plaintiffs, | ) ) ) | PROOF OF SERVICE OF CLERK'S NOTICE |
| vs. | ) ) | |
| PACIFIC CONVENTION SERVICES, etc., | ) ) | |
| Defendant. | ) ) | |

I, DIANE ANDRADE, declare:

That I was at the time of service of the document herein referred to over the age of eighteen years and not a party to the within action. On October 16, 2007 I served a copy of the Court's "CLERK'S NOTICE DATED 9/12/07" on the defendant by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California addressed as follows:

////

////

////

////

PROOF OF SERVICE                                                               1

1  Pacific Convention Services, Inc.
   Susan Rogers
2  454 Las Gallinas Avenue, PMB #184
   San Rafael, CA 94903
3

4       I declare under penalty of perjury that the foregoing is
5  true and correct.
6       Executed on October 16, 2007 at San Francisco, California.
7
8                           /s/ Diane Andrade
9

PROOF OF SERVICE                                                2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Sign, Pictorial and Display Industry Welfare
and Pension Trust Funds, et al.,
    Plaintiff(s),

v.

Pacific Convention Services, Inc.,
    Defendant(s).

No. C-07-3205-SC

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has scheduled **Plaintiff's Motion for Default Judgment** on **November 30, 2007 at 10:00 A.M.**. before the Honorable Samuel Conti. The Case Management Conference set for September 21, 2007 is off calendar.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: 9/12/07

FOR THE COURT,

Richard W. Wieking, Clerk

By: T. De Martini
    Courtroom Deputy Clerk