```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431
Facsimile:  (415) 392-1978

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SIGN, PICTORIAL AND DISPLAY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PACIFIC CONVENTION SERVICES, etc., <br><br> Defendant. | NO.  C 07 3205 SC <br><br> NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AND ATTORNEYS' FEES; POINTS AND AUTHORITIES IN SUPPORT THEREOF <br> [F.R.C.P. 55(b)(2)] <br><br> DATE: November 30, 2007 <br> TIME: 10:00 a.m. |

TO DEFENDANT:

PLEASE TAKE NOTICE that on Friday, November 30, 2007 at 10:00 a.m., or soon thereafter as counsel may be heard, before the Honorable Samuel Conti, Judge of the United States District Court, Northern District of California, 450 Golden Gate Avenue, Courtroom 1, 17th Floor, San Francisco, CA, plaintiffs BOARD OF TRUSTEES OF THE SIGN, PICTORIAL AND DISPLAY INDUSTRY WELFARE AND PENSION TRUST FUNDS; MIKE HARDEMAN, TRUSTEE, will and do move this court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, to enter a default judgment and award plaintiff unpaid contributions, liquidated damages, interest, court costs, and attorneys fees.

This motion is made on the grounds that defendant has failed to appear herein after valid service, the default of defendant was entered by the Court on August 10, 2007, and there are no triable issues of fact or disputes at law. Defendant has a contractual obligation to pay contributions to the SIGN, PICTORIAL AND DISPLAY INDUSTRY WELFARE AND PENSION TRUST FUNDS, and has failed to do so in a timely manner. This motion is based upon this Notice, Memorandum of Points and Authorities in Support Thereof, the Declarations of Mike Hardeman, Sean Dietterle, Polly Baney, Michael J. Carroll in Support of Motion for Default Judgment filed herewith, and such further oral or documentary evidence as may be presented at the hearing of this motion.

DATED: October 24, 2007      ERSKINE & TULLEY

By: /s/ Michael J. Carroll
    Michael J. Carroll
    Attorneys for Plaintiffs

MEMORANDUM OF POINTS AND AUTHORITIES

I.

INTRODUCTION

In this ERISA collection action plaintiffs, BOARD OF TRUSTEES OF THE SIGN, PICTORIAL AND DISPLAY INDUSTRY WELFARE AND PENSION TRUST FUNDS; MIKE HARDEMAN, TRUSTEE, seek to recover employee benefit contributions, liquidated damages and interest for the months of February through August 2007 and for an audit of the period January 1, 2005 through December 31, 2005 on Employer Account Number 81327. The total amount due is $32,170.09.

Defendant, PACIFIC CONVENTION SERVICES, INC., a corporation, doing business as PACIFIC CONVENTION SERVICES, is an employer which is currently delinquent in its health & welfare and pension fringe

benefit contribution obligations.

In January 2007 an audit of defendant's books and records was completed to ensure compliance with its welfare and pension contribution obligations. The audit disclosed that defendant failed to pay all contributions due on behalf of all employees who performed work covered by the collective bargaining agreements.

Under the terms of the Trust Agreements a contribution is due not later than the 15th day of the following month, Exhibit 1, Article XVIII, page 17, and is delinquent if not received by that date.

The complete list of delinquent months and amounts is set forth in Exhibit 4 to the Baney Declaration. The amounts due have been computed based on information given to the Trust Funds by defendant. Obviously the amount may change by the date of the hearing if defendant either makes payments or falls further behind. Plaintiffs will update this information by a supplemental declaration if a change in the amount due occurs.

Under the terms of the Sign Industry Welfare and Pension Trust Agreements to which defendant is specifically bound by its contract, failure to make timely payment results in the following consequences:

    A. Liquidated damages in an amount equal to 20% of the amount of contributions due, Exhibit 3, Joint Resolution of October 8, 1984.

    B. Interest at the rate of 10%, Exhibit 3, Joint Resolution of October 8, 1984.

    C. Attorneys fees, Exhibit 3, Joint Resolution of October 8, 1984.

////

## II.
## FACTUAL BACKGROUND

Defendant has entered into a collective bargaining agreement with Sign, Display and Allied Crafts Local Union No. 510 which requires that health & welfare and pension fringe benefit contributions be paid on behalf of covered employees to the Sign, Pictorial and Display Industry Welfare and Pension Trust Funds. Exhibit 1 to the Hardeman Declaration. This contract binds defendant to the terms and conditions of each of the Agreements and Declarations of Trust of each Trust Fund of plaintiff. See Exhibit 3 to the Baney Declaration, the Sign Industry Welfare and Pension Trust Agreements

## III.
## SEPARATE STATEMENT OF UNDISPUTED FACTS

Every essential allegation of the complaint is proved by the affidavits submitted herewith:

| COMPLAINT PARAGRAPH | COMPLAINT ALLEGATION | PROOF OF ALLEGATION |
|---|---|---|
| 1 | Jurisdiction | Carroll Decl. 29 U.S.C. § 1132, 1145; 29 U.S.C. § 185(a) |
| 2 | Status of Plaintiffs | Carroll Decl. |
| 5 | Defendant bound by contract to pay contributions | Hardeman Decl., Exhibit 1 |
| 6,7,8 | Defendant has failed to pay contributions in a timely manner | Baney Decl., Exhibit 4 |
| 9 | Demand for payment has been made | Carroll Decl. |
| 10 | Contract documents provide for attorneys fees | Exhibit 3 |

////

IV.
### ARGUMENT

A. PLAINTIFFS ARE ENTITLED TO RECOVER LIQUIDATED DAMAGES, INTEREST AND ATTORNEYS FEES AS A MATTER OF LAW

An award of liquidated damages, interest and attorneys' fees is mandatory under 29 U.S.C. § 1132(g).

### CONCLUSION

It is respectfully submitted that plaintiffs are entitled to default judgment according to proof.

DATED: October 24, 2007          ERSKINE & TULLEY

                                 By: /s/ Michael J. Carroll
                                     Michael J. Carroll
                                     Attorneys for Plaintiffs

PROOF OF SERVICE

I, SHARON EASTMAN, the undersigned, hereby certify and declare under penalty of perjury that the following statements are true and correct:

1. I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action.

2. My business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104.

3. On October 24, 2007 I caused a true copy of the attached documents NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT & ATTORNEYS' FEES; POINTS & AUTHORITIES IN SUPPORT THEREOF; DECLARATIONS OF MIKE HARDEMAN, SEAN DIETTERLE, POLLY BANEY, MICHAEL J. CARROLL IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT; ORDER AND DEFAULT JUDGMENT to be served on the following person(s) in the manner indicated below:

PACIFIC CONVENTION SERVICES, INC.
Susan Rogers
454 Las Gallinas Avenue PMB#184
San Rafael, CA 94903

:      Served by deposit in the United States mail in a sealed envelope with the postage thereon fully prepaid.

Executed on October 24, 2007 at San Francisco, California.

/s/ Sharon Eastman
SHARON EASTMAN