ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (STATE BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431
Facsimile: (415) 392-1978

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SIGN & PICTORIAL AND DISPLAY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PACIFIC CONVENTION SERVICES, etc., <br><br> Defendant. | NO. C 07 3205 SC <br><br> DECLARATION OF MIKE HARDEMAN IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT |

I, MIKE HARDEMAN, declare:

1. I am a plaintiff in this action. I am the Business Manager of Sign, Display & Allied Crafts Local Union No. #510 with offices 250 Executive Park Blvd, # 4850, San Francisco, CA 94134. If called as a witness, I could competently testify to the following facts from my personal knowledge. I am familiar with, and I am the custodian of the books and records of the Local as they relate to PACIFIC CONVENTION SERVICES, INC., a corporation, doing business as PACIFIC CONVENTION SERVICES.

2. Defendant is bound by the terms and conditions of the April 1, 1998 through March 31, 2001 collective bargaining agreement.

DECLARATION OF MIKE HARDEMAN IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT
1

Defendant signed the contract May 1, 1998. It has remained in full force and effect because no termination notice was given as required by Article XXVI. The pertinent portion of this agreement is attached hereto as Exhibit 1.

3. Defendant has acknowledged the fact that he is bound by this agreement by adhering to its terms and conditions, including the payment of trust fund contributions to plaintiffs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 16, 2007 at San Francisco, California.

_____
MIKE HARDEMAN

DECLARATION OF MIKE HARDEMAN IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT
2