```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (ST. BAR #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4  Facsimile:  (415) 392-1978

 5  Attorneys for Plaintiff

 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  BOARD OF TRUSTEES OF THE SIGN    )   NO.  C 07 3205 SC
    PICTORIAL , etc.,                )
12                                   )
                    Plaintiff,       )   DECLARATION OF SEAN
13                                   )   DIETTERLE IN SUPPORT OF
            vs.                      )   MOTION FOR DEFAULT
14                                   )   JUDGMENT
                                     )
15  PACIFIC CONVENTION SERVICES,     )
    etc.,                            )
16                  Defendant.       )
                                     )
17  _____  )
```

18        I, SEAN DIETTERLE, declare:

19        1.  I am a employed by of the firm of Hemming Morse, Inc.,

20  Certified Public Accountants with business offices located at 160

21  Spear Street, San Francisco, CA 94105.  If called as a witness, I

22  could competently testify from my own  personal knowledge to the

23  following facts:

24        2.  I am custodian of and familiar with the books and

25  records of Hemming Morse, Inc., Certified Public Accountants as they

26  relate to the defendant in this case, PACIFIC CONVENTION SERVICES,

27  INC., a corporation, doing business as PACIFIC CONVENTION SERVICES.

28        3.  My firm performs compliance tests on contributing

DECLARATION OF ANDREA WILLIAMS IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

1

1  employers for the Board of Trustees of the Sign, Pictorial and Display
2  Industry Welfare and Pension Trust Fund.
3      4. On or about January 23, 2007 my office completed a
4  compliance test of the books and records of the defendant in this case
5  for the period January 1, 2005 through December 31, 2005, a copy of
6  which compliance test result is attached hereto and marked Exhibit 2.
7  The compliance test revealed that while defendant had paid
8  contributions to the plaintiff trust fund, it has failed to pay
9  contributions on behalf of all hours worked by all employees. The
10 test result has been revised to reflect input from the employer and
11 the trustees. The amount of unpaid contributions, interest and
12 liquidated damages due pursuant to my audit is $852.01.
13     I declare under penalty of perjury that the foregoing is
14 true and correct.
15     Executed on October 19, 2007 at San Francisco, California.
16
17
18                         SEAN DIETTERLE