**Hemming Morse, Inc.**
Certified Public Accountants
Litigation and Forensic Consultants

[address] Suite 1900
San Francisco, CA 94105

Telephone (415) 836-4000
Facsimile (415) 777-2062
hmi@hemming.com
www.hemming.com

REC'D MAR 1 2007

# INDEPENDENT ACCOUNTANT'S REPORT

Polly Baney, Administrative Manager
Sign Display & Allied Crafts Trust Funds

| | |
|---|---|
| Employer: | **Pacific Convention Services** |
| Location: | 454 Las Gallinas Ave #184, San Rafael, CA 94903 |
| Contact Person (Title): | Susan Rogers (Owner) |
| District /Type: | Random |

We have performed the procedures enumerated below, which were agreed to by Sign Display & Allied Crafts Trust Funds, solely to assist you in evaluating the fringe benefit contributions submitted by **Pacific Convention Services, Account #81327** for the period **January 1, 2005** to **December 31, 2005**. This agreed-upon procedures engagement was performed in accordance with standards established by the American Institute of Certified Public Accountants. The sufficiency of these procedures is solely the responsibility of the specified users of the report. Consequently, we make no representation regarding the sufficiency of the procedures described below either for the purpose for which this report has been requested or for any other purpose.

Our procedures and findings are as follows:

1. Inspected the collective bargaining agreement.

2. Compared the hours reported to the Trust Fund with employer's compensation records.

    See Footnote

Polly Baney, Administrative Manager
Sign Display & Allied Crafts Trust Funds
Page 2

3.  a)  Compared employees appearing on the employer's W-2's to the Trust Fund contribution reports.

    b)  We inspected payroll registers and timesheets for all employees not appearing on the contribution reports to ascertain if the employee is working in a classification covered by the collective bargaining agreement.

    No exceptions were found.

4.  Inspected the check register for non-signatory subcontractors and compensation for bargaining unit work paid outside the payroll system.

    No exceptions were found.

**Footnote:**

Underreported hours.

\*   \*   \*   \*   \*

We were not engaged to, and did not, perform an examination, the objective of which would be the expression of an opinion on the financial statements of **Pacific Convention Services** for any time period. Accordingly, we do not express such an opinion. Had we performed additional procedures, other matters might have come to our attention that would have been reported to you.

This report is intended solely for the use of Sign Display & Allied Crafts Trust Funds and should not be used by those who have not agreed to the procedures and taken responsibility for the sufficiency of the procedures for their purposes.

*Hemming Morse*

San Francisco, California
January 11, 2007

**Hemming Morse, Inc.**
Certified Public Accountants

Sign, Display & Allied Crafts
Summary Report of Contributions Due From
Pacific Convention Services
Account # 81327
January 1, 2005 through December 31, 2005

| DESCRIPTION | TOTAL HOURS | PRINCIPAL DUE | INTEREST DUE | LIQUIDATED DAMAGES | TOTAL DUE |
|---|---|---|---|---|---|
| **UNDERREPORTED HOURS** | | | | | |
| 2005 - Exhibit A | 53.5 | $613.11 | $397.59 | $2,800.00 | $3,810.70 |
| Total Underreported Hours | 53.5 | $613.11 | 397.59 | 2,800.00 | $3,810.70 |
| TOTALS | 53.5 | $613.11 | $397.59 | $2,800.00 | $3,810.70 |

\* Liquidated Damages and Interest were calculated in underreported hours.

**EMPLOYER:** Pacific Convention Services, Inc.

**RE:** 2005 Account Summary

Underreported Hours

| Mo./Yr. | Hours | Health & Welfare | Pension | "A" List Only Promotion | Dues / Check Off | Training | Admin. Dues 2% | Subtotal | Liquidated Damages $200 or 10% | Subtotal | Interest 10% | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $6.95 | $4.15 | $0.05 | $0.00 | $0.31 | | $11.46 | | | | $11.46 |
| Jan-05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Feb-05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Mar-05 | 9.00 | 62.55 | 37.35 | 0.45 | 0.00 | 2.79 | 0.00 | 103.14 | 800.00 | 903.14 | 142.52 | 1,045.66 |
| Apr-05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| May-05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Jun-05 | 9.00 | 62.55 | 37.35 | 0.45 | 0.00 | 2.79 | 0.00 | 103.14 | 800.00 | 903.14 | 142.52 | 1,045.66 |
| Subtotal | | $4.95 | $4.15 | $0.05 | $1.00 | $0.31 | 2% | $10.46 | $200 or 10% | | 10% | $10.46 |
| Jul-05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Aug-05 | 23.00 | 113.85 | 95.52 | 1.15 | 23.00 | 7.13 | 0.00 | 240.65 | 1,000.00 | 1,240.65 | 133.58 | 1,374.23 |
| Sep-05 | 21.50 | 106.43 | 89.29 | 1.08 | 21.50 | 6.67 | 0.00 | 224.95 | 1,000.00 | 1,224.95 | 121.49 | 1,346.44 |
| Oct-05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Nov-05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Dec-05 | 44.50 | 220.28 | 184.81 | 2.23 | 44.50 | 13.80 | 0.00 | 465.60 | 2,000.00 | 2,465.60 | 255.07 | 2,720.67 |
| Subtotal | | $282.83 | $222.16 | $2.68 | $44.50 | $16.59 | $0.00 | $568.74 | $2,800.00 | $3,368.74 | $397.59 | $3,766.34 |
| TOTAL | 53.50 | | | | | | | | | | | |

**Sign, Display & Allied Crafts**
Report of Contributions Due from
Pacific Convention Services
Account # 81327

Exhibit A
Underreported Hours
2005

| Employee S.S. Number | Work Month | Hours Per Audit | Hours Reported | Hours Difference | Fringe Benefit Rate | Health & Welfare | Pension | "A" List Promotion | Training | Principal | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Corrales, Arnold 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 | Mar | 20.00 ----- 20.00 | 11.00 ----- 11.00 | 9.00 ----- 9.00 | 11.46 | 62.55 ----- 62.55 | 37.35 ----- 37.35 | 0.45 ----- 0.45 | $2.79 ----- 2.79 | 103.14 ----- 103.14 | |
| Knorr, Robert 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 | Sep | 47.00 ----- 47.00 | 42.00 ----- 42.00 | 5.00 ----- 5.00 | 11.46 | 34.75 ----- 34.75 | 20.75 ----- 20.75 | 0.25 ----- 0.25 | $1.55 ----- 1.55 | 57.30 ----- 57.30 | |
| Serrao, T 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 | Sep | 23.00 ----- 23.00 | 5.00 ----- 5.00 | 18.00 ----- 18.00 | 11.46 | 125.10 ----- 125.10 | 74.70 ----- 74.70 | 0.90 ----- 0.90 | $5.58 ----- 5.58 | 206.28 ----- 206.28 | |
| Yu, Jeffrey 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 | Oct | 10.75 ----- 10.75 | 0.00 ----- 0.00 | 10.75 ----- 10.75 | 11.46 | 74.71 ----- 74.71 | 44.61 ----- 44.61 | 0.54 ----- 0.54 | $3.33 ----- 3.33 | 123.20 ----- 123.20 | |

Exhibit A
Underreported Hours
2005

**Sign, Display & Allied Crafts**
Report of Contributions Due from
Pacific Convention Services
Account # 81327

| Employee S.S. Number | Work Month | Hours Per Audit | Hours Reported | Hours Difference | Fringe Benefit Rate | Health & Welfare | Pension | "A" List Promotion | Training | Principal | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Yu, John 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 | Oct | 10.75 | 0.00 | 10.75 | 11.46 | 74.71 | 44.61 | 0.54 | $3.33 | 123.20 | |
| | | 10.75 | 0.00 | 10.75 | | 74.71 | 44.61 | 0.54 | 3.33 | 123.20 | |
| | Totals | 111.50 | 58.00 | 53.50 | | $371.83 | $222.03 | $2.68 | | $613.11 | |

Note: The Fringe Rate consists of $6.95 Welfare, $4.15 Pension, $.05 "A" List Promotion, and $.31 Training for a total of $11.46/hour.