EMPLOYER NAME: PACIFIC CONVENTION SERVICES, INC.    DATE PREPARED: 10/16/07 DA
EMPLOYER NUMBER: 81327

## LIABILITY DETAIL SHEET

| MONTH | CONTRIB. DUE | CONTRIB. DUE DATE | DATE PD, IF PAID | CONTRIBS STILL DUE | LIQUID. DAMAGES DUE - 20% | 10% INTEREST to 11/30/07 |
|---|---|---|---|---|---|---|
| Audit 1/1/05- 12/31/05 | $613.11 | | | $613.11 | $122.62 | $116.28 |
| 2/07 | $13,604.90 | 3/15/07 | | $13,604.90 | $2,720.98 | $683.80 * |
| 3/07 | $5,467.74 | 4/15/07 | | $5,467.74 | $1,093.55 | $343.50 |
| 4/07 | $8,633.73 | 5/15/07 | --- | $8,633.73 | $1,726.75 | $471.63 |
| 5/07 | NO EMPLOYEES | 6/15/07 | --- | | | |
| 6/07 | $471.37 | 7/15/07 | | $471.37 | $94.27 | $17.94 |
| 7/07 | NO EMPLOYEES | 8/15/07 | | | | |
| 8/07 | NO EMPLOYEES | 9/15/07 | | | | |
| | | | | $28,790.85 | $5,758.17 | $1,633.15 |
| | Credit for (3) @ $1,000.00 & (1) @ $1,012.08 Installments made 6/14/07, 8/21/07, 9/10/07, 10/15/07 | | | -$4,012.08 | | |
| | Balance Due | | | $24,778.77 | $5,758.17 | $1,633.15 |

*Interest for 2/07 calculated on contribution balance of $9,592.82 only