Sign Display & Allied Crafts  
Allied Administrators  
PO Box 2500  
San Francisco CA 94126  
415 986 6276

Employer:  
Pacific Convention Services, Inc  
454 Las Gallinas Avenue PMB #184  
San Rafael CA 94903

Pay Period: 02/2007

Employer: 81327

| SOC SEC # | LAST NAME | FIRST | A HOURS | B HOURS | C HOURS |
|---|---|---|---|---|---|
| 573 37 0560 | BENNETT | LESLIE R | 44 | | |
| 566 39 3901 | CHAN | MARK | 35 | | |
| 555 61 6755 | CHAN | PETER | 52.5 | | |
| 561 31 9326 | CHAN | STANLEY | 53.5 | | |
| 548 43 5591 | CHIN | JIMMY | 33 | | |
| 565 64 7859 | CORRALES | ARNOLD | 32.5 | | |
| 326 42 0159 | DELPRIEST | PHYLLIS | 23 | | |
| 554 11 2323 | EWALT | MAXIMILIENNE | 6 | | |
| 563 73 5544 | FERREY | SERGIO | 31.5 | | |
| 160 40 0860 | FRINAK | FRANK | 7 | | |
| 066 54 3919 | GOFFREDO | KIM | 32 | | |
| 547 82 8861 | GRATZ | GEOFFREY A | 6 | | |
| 583 93 8328 | HUANG | DH | 32 | | |
| 368 58 5646 | KNORR | ROBERT | 58.5 | | |
| 573 98 9739 | LEUNG | DANIEL | 38 | | |
| 551 91 4815 | LI | TEDDY | 51 | | |
| 504 94 8516 | MITCHELL | NANCY | 31 | | |
| 108 38 5624 | MITCHELL | THOMAS | 16 | | |
| 552 47 3606 | MONDLOCH | SCOTT | 20 | | |
| 570 31 1145 | MOXLEY | THOMAS | 54 | | |
| 563 58 3021 | OLIVARDIA | CESAR | 6 | | |
| 608 60 7798 | PETERS | APOLINAR | 53.5 | | |
| 430 21 2033 | PROCTOR | CHRIS | 30 | | |
| 206 44 4430 | RICE | FREDERICK | 25.75 | | |
| 556 85 3329 | SIEWERT | WILLIAM | 32 | | |
| 560 45 3058 | SERRAO | TERESA | 8 | | |
| 263 98 5060 | SPARKS | WILLIAM | 6 | | |
| 573 39 7217 | URIBE | GILLERMO | 19 | | |
| 562 27 4997 | WARD | OTIS | 31 | | |
| 545 39 5462 | WOLFSKILL | RONALD R | 31 | | |
| 614 38 6986 | WONG | LAI M | 28 | | |
| 547 35 8640 | WONG | RICKY | 34.5 | | |
| 569 76 3285 | YEE | JERRY | 32.5 | | |
| 563 79 7624 | YU | JEFFREY | 15 | | |
| 563 79 4249 | YU | JOHN | 26 | | |
| | | TOTAL | 1034.75 | | |

|                       |           | RATE  | AMOUNT      |
|-----------------------|-----------|-------|-------------|
| H&W/DENTAL            | 1034.75   | 7.95  | 8234.21     |
| A LIST PROMO          | 1034.75   | 0.05  | 51.74       |
| ADMIN DUES            | 35,198.41 | 2%    | 703.97      |
| B&C DUES/CHECK OFF    | 0         | 1.00  | 0           |
| A&B ONLY PENSION      | 1034.75   | 4.15  | 4294.21     |
| TRAINING              | 1034.75   | 0.31  | 320.77      |
| OUT OF AREA/DUES      | 0         | 1.00  | 0           |
| ADJUSTMENTS           | 0         |       | 0           |
|                       |           | **PAY THIS AMOUNT** | **$13,604.90** |

_Susan Rogers_  
(Authorized Signature)

6/7/2007  
Date

Sign Display & Allied Crafts
Allied Administrators
PO Box 2500
San Francisco CA 94126
415 986 6276

Employer:
Pacific Convention Services, Inc
454 Las Gallinas Avenue PMB #184
San Rafael CA 94903

Pay Period: 03/2007

Employer: 81327

| SOC SEC # | LAST NAME | FIRST | A HOURS | B HOURS | C HOURS |
|---|---|---|---|---|---|
| 573 37 0560 | BENNETT | LESLIE R | 30.5 | | |
| 566 39 3901 | CHAN | MARK L | 33 | | |
| 555 61 6755 | CHAN | PETER | 6 | | |
| 561 31 9326 | CHAN | STANLEY | 24 | | |
| 548 43 5591 | CHIN | JIMMY | 6 | | |
| 565 69 7859 | CORRALES | ARNOLD | 7.5 | | |
| 563 73 5544 | FERREY | SERGIO | 28.5 | | |
| 583 93 8328 | HUANG | DH | 27 | | |
| 368 58 5646 | KNORR | ROBERT | 31.5 | | |
| 573 98 9739 | LEUNG | DANIEL | 27 | | |
| 551 91 4815 | LI | TEDDY | 24.5 | | |
| 504 94 8516 | MITCHELL | NANCY | 27.5 | | |
| 570 31 1145 | MOXLEY | THOMAS | 27 | | |
| 548 55 1456 | PEREIRA | ALEX | 7.5 | | |
| 430 21 2033 | PROCTOR | CHRIS | 15 | | |
| 573 39 7217 | URIBE | GUILLERMO | 12 | | |
| 614 38 6986 | WONG | LAI M | 27 | | |
| 547 35 9640 | WONG | RICKY | 28.5 | | |
| 563 79 7624 | YU | JEFFREY | 23 | | |
| | | TOTAL | 413 | | |

| | | RATE | AMOUNT |
|---|---|---|---|
| H&W/DENTAL | 413 | 7.95 | 3283.35 |
| A LIST PROMO | 413 | 0.05 | 20.65 |
| ADMIN DUES | 14,023.12 | 2% | 280.46 |
| B&C DUES/CHECK OFF | 0 | 1.00 | 0 |
| A&B ONLY PENSION | 413 | 4.15 | 1713.95 |
| TRAINING | 413 | 0.31 | 169.33 |
| OUT OF AREA/DUES | 0 | 1.00 | 0 |
| ADJUSTMENTS | 0 | | 0 |
| | | PAY THIS AMOUNT | $5467.74 |

_Susan Rogers_
(Authorized Signature)

June 7, 2007
Date

Sign, Pictorial & Display Industry Trust Funds
PO Box 2500
San Francisco CA 94126
415 986 6276

Pacific Convention Services, Inc
454 Las Gallinas Avenue PMB #184
San Rafael CA 94903

Pay Period: 04/2007

Employer: 81327

| SOC SEC # | LAST NAME | FIRST | A HOURS | B HOURS | C HOURS |
|---|---|---|---|---|---|
| 566 31 2032 | BEASLEY | DANNY | 24 | | |
| 573 37 0560 | BENNETT | LESLIE R | 41 | | |
| 566 39 3901 | CHAN | MARK L | 37 | | |
| 555 61 6755 | CHAN | PETER | 41 | | |
| 561 31 9326 | CHAN | STANLEY | 41 | | |
| 552 72 2047 | COHEN | PAT | 4.5 | | |
| 565 69 7859 | CORRALES | ARNOLD | 19 | | |
| 545 75 8446 | D'AQUINO | JOSEPH A | 19 | | |
| 570 33 0186 | FOGARTY | SEAN M | 13 | | |
| 160 40 0863 | FRINAK | FRANK | 20 | | |
| 066 54 3919 | GOFFREDO | KIM | 25 | | |
| 557 74 7214 | HAMILTON | J. TIMOTHY | 5 | | |
| 583 93 8328 | HUANG | DE H | 27 | | |
| 569 64 6895 | JOHNSON | JACK | 5 | | |
| 555 38 3127 | JUNG | ED | 5 | | |
| 036 46 2788 | KINCAID | WHITCOMB | 5 | | |
| 368 58 5646 | KNORR | ROBERT | 33 | | |
| 573 98 9739 | LEUNG | DANIEL | 29 | | |
| 551 91 4815 | LI | TEDDY | 33 | | |
| 504 94 8516 | MITCHELL | NANCY | 26 | | |
| 552 47 3606 | MONDLOCH | SCOTT | 20 | | |
| 570 31 1145 | MOXLEY | THOMAS | 40.5 | | |
| 608 60 7798 | PETERS | APOLINAR R | 33 | | |
| 553 71 1082 | RUBTZOFF | NICK | 5 | | |
| 551 72 7772 | SCOLLIN | MARK | 19 | | |
| 569 43 9212 | VAN TRESS | ALAN | 5 | | |
| 546 57 8975 | WILSON | REID | 5 | | |
| 614 38 6986 | WONG | LAI M | 27 | | |
| 547 35 9640 | WONG | RICKY | 32.5 | | |
| 563 79 7624 | YU | JEFFREY | 26 | | |
| 563 79 4249 | YU | JOHN | 24 | | |
| | | TOTAL | 689.5 | | |

| | | | RATE | AMOUNT |
|---|---|---|---|---|
| H&W/DENTAL | | 689.5 | 7.95 | 5481.53 |
| A LIST PROMO | | 689.5 | 0.05 | 34.48 |
| ADMIN DUES | | 23,679.69 | 2% | 473.59 |
| B&C DUES/CHECK OFF | | 0 | 1.00 | 0 |
| A&B ONLY PENSION | | 689.5 | 4.15 | 2861.43 |

| A&B ONLY PENSION | 689.5 | 4.15 | 2861.43 |
| --- | --- | --- | --- |
| TRAINING | 689.5 | 0.41 | 282.70 |
| OUT OF AREA/DUES | 0 | 1.00 | 0 |
| ADJUSTMENTS | 0 | | 0 |
| | | **PAY THIS AMOUNT** | **$8633.73** |

_Susan Rogers_  
(Authorized Signature)

June 7, 2007  
Date

Sign Display & Allied Crafts
Allied Administrators
PO Box 2500
San Francisco CA 94126
415 986 6276

Employer:
Pacific Convention Services, Inc
454 Las Gallinas Avenue PMB #184
San Rafael CA 94903

Pay Period: 05/2007

Employer: 81327

| SOC SEC # | LAST NAME | FIRST | A HOURS | B HOURS | C HOURS |
|---|---|---|---|---|---|
|  |  | TOTAL | 0 |  |  |

# NO EMPLOYEES IN MAY 2007

|  |  | RATE | AMOUNT |
|---|---|---|---|
| H&W/DENTAL |  | 7.95 |  |
| A LIST PROMO |  | 0.05 |  |
| ADMIN DUES |  | 2% |  |
| B&C DUES/CHECK OFF | 0 | 1.00 | 0 |
| A&B ONLY PENSION |  | 4.15 |  |
| TRAINING |  | 0.41 |  |
| OUT OF AREA/DUES | 0 | 1.00 | 0 |
| ADJUSTMENTS | 0 |  | 0 |
|  |  | PAY THIS AMOUNT | -0- |

_Susan Rogers_
(Authorized Signature)

June 7, 2007
Date

Sign Display & Allied Crafts
Allied Administrators
PO Box 2500
San Francisco CA 94126
415 986 6276

Employer:
Pacific Convention Services, Inc
454 Las Gallinas Avenue PMB #184
San Rafael CA 94903

**Pay Period: 06/2007**

Employer: 81327

| SOC SEC # | LAST NAME | FIRST | A HOURS | B HOURS | C HOURS |
|---|---|---|---|---|---|
| 573 37 0560 | BENNETT | LESLIE R | 2 | | |
| 561 31 9326 | CHAN | STANLEY | 11 | | |
| 368 58 5646 | KNORR | ROBERT | 11 | | |
| 551 91 4815 | LI | TEDDY | 11 | | |
| | | TOTAL | 35 | | |

| | | RATE | AMOUNT |
|---|---|---|---|
| H&W/DENTAL | 35 | 7.95 | 278.25 |
| A LIST PROMO | 35 | 0.05 | 1.75 |
| ADMIN DUES | 1763.27 | 2% | 35.27 |
| B&C DUES/CHECK OFF | 0 | 1.00 | 0 |
| A&B ONLY PENSION | 35 | 4.15 | 145.25 |
| TRAINING | 35 | 0.31 | 10.85 |
| OUT OF AREA/DUES | 0 | 1.00 | 0 |
| ADJUSTMENTS | 0 | | 0 |
| | | PAY THIS AMOUNT | $471.37 |

_____
(Authorized Signature)

7/5/2007
Date

Sign, Pictorial & Display Industry Trust Funds
Allied Administrators
PO Box 2500
San Francisco CA  94126
415 986 6276

Employer:
Pacific Convention Services, Inc
454 Las Gallinas Avenue PMB #184
San Rafael CA  94903

Pay Period: 07/2007

Employer: 81327

| SOC SEC # | LAST NAME | FIRST | A HOURS | B HOURS | C HOURS |
|---|---|---|---|---|---|
| | | TOTAL | 0 | | |

# NO EMPLOYEES IN JULY 2007

| | | RATE | AMOUNT |
|---|---|---|---|
| H&W/DENTAL | | 7.95 | |
| A LIST PROMO | | 0.05 | |
| ADMIN DUES | | 2% | |
| B&C DUES/CHECK OFF | 0 | 1.00 | 0 |
| A&B ONLY PENSION | | 4.15 | |
| TRAINING | | 0.41 | |
| OUT OF AREA/DUES | 0 | 1.00 | 0 |
| ADJUSTMENTS | 0 | | 0 |
| | | PAY THIS AMOUNT | -0- |

_____          August 7, 2007
(Authorized Signature)                             Date

Sign, Pictorial & Display Industry Trust Funds
Allied Administrators
PO Box 2500
San Francisco CA 94126
415 986 6276

Employer:
Pacific Convention Services, Inc
454 Las Gallinas Avenue PMB #184
San Rafael CA 94903

Pay Period: 08/2007

Employer: 81327

| SOC SEC # | LAST NAME | FIRST | A HOURS | B HOURS | C HOURS |
|---|---|---|---|---|---|
| | | TOTAL | 0 | | |

# NO EMPLOYEES IN AUGUST 2007

| | | RATE | AMOUNT |
|---|---|---|---|
| H&W/DENTAL | | 7.95 | |
| A LIST PROMO | | 0.05 | |
| ADMIN DUES | | 2% | |
| B&C DUES/CHECK OFF | 0 | 1.00 | 0 |
| A&B ONLY PENSION | | 4.15 | |
| TRAINING | | 0.41 | |
| OUT OF AREA/DUES | 0 | 1.00 | 0 |
| ADJUSTMENTS | 0 | | 0 |
| | | PAY THIS AMOUNT | -0- |

_____
(Authorized Signature)

September 5, 2007
Date