```
1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (ST. BAR #50246)
   220 MONTGOMERY STREET, SUITE 303
3  SAN FRANCISCO, CA  94104
   TELEPHONE:  (415) 392-5431
4  FACSIMILE:  (415) 392-1978

5  ATTORNEYS FOR PLAINTIFFS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SIGN, PICTORIAL AND DISPLAY, et al., | NO.  C 07 3205 SC |
| Plaintiffs, | |
| vs. | DECLARATION OF MICHAEL J. CARROLL IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT |
| PACIFIC CONVENTION SERVICES, etc., | |
| Defendant. | |

I, MICHAEL J. CARROLL, declare:

1. I am one of the attorneys for plaintiffs in this action and if called as a witness, I could competently testify to the following facts:

2. Plaintiffs have incurred costs in the amount of $430.00 in the prosecution of this action. This figure consists of the following items:

   1. The filing fee of $350.00;
   2. The cost to effect service of the Summons and Complaint and other documents from the initial filing of this case in the amount of $80.00,

1. which I have paid. Attached hereto as Exhibit 6 is the are the invoice for item b. above.

2. 3. This office commenced work on this employer's delinquency in February 2007 under the delinquency procedures established by the trust funds. Attached hereto collectively as Exhibit 7 are true and correct copies of the demand letters sent to defendant by my office giving defendant notice of the alleged delinquent payments prior to the filing of this action.

3. 4. This legal action was filed on June 18, 2007. Defendant failed to appear and the default of defendant was entered by this Court on August 10, 2007. The Court's jurisdiction is founded on 29 U.S.C. § 185(a) and 29 U.S.C. 1132.

4. 5. Declarant has expended in excess of 3 hours in the prosecution of this action, including the preparation of the Motion for Entry of Default with Supporting Declaration and this motion. Erskine & Tulley's billing rate in this matter is $185.00 per hour for a total of $555.00.

5. 6. Attached to the Baney Declaration and marked Exhibit 3 are the Sign Industry Welfare and Pension Trust Agreements which provide for court costs and attorneys fees.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 24, 2007 at San Francisco, California.

    /s/ Michael J. Carroll
    MICHAEL J. CARROLL