# JIM STACK PROCESS SERVERS
## WE DO WRITS RIGHT!
P.O. BOX 716
MILLBRAE, CA 94030
650-589-6663 FAX 650-589-6157
BDNUS@AOL.COM

TAX ID NO: 94-1671497

INVOICE DATE: 7/19/2007
INVOICE NUMBER: 23494

**Client:** ERSKINE & TULLEY, A PROFESSIONAL CORPORATION
**Attention:** MICHAEL J. CARROLL, ESQ #50246
**Address:** 220 MONTGOMERY ST., STE 303
SAN FRANCISCO, CA 94104

**Phone:** 415-392-5431 **Fax:**
**Client's#** PACIFIC CONVENTION Acct:1879

Documents Served:
☐ Summons ☐ Complaint ☐ ADR ☐ CCCS ☐ Cross
1. SEE ATTACHMENT TO PROOF OF SERVICE
3. X
4. X
5. X

**Case Title:** BOARD OF TRUSTEES -V- PACIFIC CONVENTION
**Case Number:** C 07 3205 SC
**Date Filed:**
**Hrng. Date:**

**Court of Record Name/Address:**
UNITED STATES DISTRICT COURT NORTHERN, CA

**PARTY TO BE SERVED:** PACIFIC CONVENTION SERVICES, INC., A CORPORATION; DOING BUSINESS AS PACIFIC CONVENTION SERVICES

**ADDRESS #1.:**

**ADDRESS #2.:** 987 DEL GANADO RD., SAN RAFAEL CA 94903

**PARTY SERVED:** (same as above if blank)
**Name & Description:** SUSAN ROGERS, OWNER

**DATE/TIME:** 7/16/2007  7:22PM
☐ Multiple Parties

**SERVICE LOCATION:** 987 DEL GANADO RD., SAN RAFAEL CA 94903

| SERVICES | CHARGES |
|---|---|
| FEE FOR SERVICE | $80.00 |

BAD ADDRESS(es) (none if blank):

Attempts: Loc./Date/Time

Not Served at address given:
Other:

*Paid*

MISC.:

**TOTAL CHARGES:** $80.00
**TOTAL PAID:** $0.00
**TOTAL DUE:** $80.00

MICHAEL J. CARROLL, ESQ #50246
ERSKINE & TULLEY, A PROFESSIONAL CORPORATION
220 MONTGOMERY ST., STE 303
SAN FRANCISCO CA 94104
415-392-5431            415-392-1978

## UNITED STATES DISTRICT COURT
## UNITED STATES DISTRICT COURT OF CALIFORNIA

| BOARD OF TRUSTEES | CASE NUMBER: |
|---|---|
| Plaintiff(s): | C 07 3205 SC |
| v. | **PROOF OF SERVICE** |
| PACIFIC CONVENTION SERVICES, INC. | **SUMMONS AND COMPLAINT** |
| Defendant(s): | (Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:
   a. ☐ summons   ☐ complaint   ☐ alias summons   ☐ first amended complaint
                                                   ☐ second amended complaint
                                                   ☐ third amended complain

   ☒ other *(specify)*: SEE ATTACHMENT TO PROOF OF SERVICE

2. Person served:
   a. ☒ Defendant *(name)*: PACIFIC CONVENTION SERVICES, INC., A CORPORATION; DOING BUSINESS AS PACIFIC CONVENTION SERVICES
   b. ☒ Other *(specify name and title or relationship to the party/business named)*:
   SUSAN ROGERS, OWNER
   c. ☒ Address where papers were served:
   987 DEL GANADO RD., SAN RAFAEL CA 94903

3. Manner of Service in compliance with *(the appropriate box must be checked)*:
   a. ☒ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. I served the person named in Item 2:
   a. ☒ **By Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. ☐ Papers were served on *(date)*: 7/16/2007  at *(time)*: 7:22PM
   b. ☐ **By Substituted service.** By leaving copies:
      1. ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☐ (business) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☐ Papers were served on *(date)*: _____ at *(time)*: _____
      4. ☐ by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. ☐ papers were mailed on (date): _____
      6. ☐ due diligence. I made at least three (3) attempts to personally serve the defendant.

PP#: 23494

CV-1 (04/01)    PROOF OF SERVICE -SUMMONS AND COMPLAINT    PAGE 1
                                                           TRUSTEES -V- PACIFIC CONVENTION

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date)*:_____ at *(time)*: _____

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. (Attach signed return receipt or other evidence of actual receipt by the person served).

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation (Attach signed return receipt or other evidence of actual receipt by the person served).

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

   BARBARA A. TRITES
   JIM STACK PROCESS SERVERS
   P.O. BOX 716
   MILLBRAE, CA 94030
   650-589-6663  #21 SAN MATEO CO.

   a. Fee for service: $ 80.00
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☒ Registered California process server
       MARIN CO #156

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 7/20/2007

BARBARA A. TRITES
*(Signature)*

PP#: 23494

CV-1 (04/01)     **PROOF OF SERVICE - SUMMONS AND COMPLAINT**     PAGE 2
                 D OF TRUSTEES -V- PACIFIC CONVENTION

ATTACHMENT

Re:  Board of Trustees of the Sign, Pictorial and Display Industry, et al.
vs. Pacific Convention Services Inc., etc.
United States District Court, Action No. C 07 3205 SC

DOCUMENTS TO BE SERVED:

1. SUMMONS
2. COMPLAINT
3. U.S. DISTRICT COURT NORTHERN CALIFORNIA - ECF REGISTRATION INFORMATION HANDOUT
4. WELCOME TO THE U.S. DISTRICT COURT
5. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND DEADLINES
6. ORDER SETTING CASE MANAGEMENT CONFERENCE
7. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA/ CONTENTS OF JOINT CASE MANAGEMENT STATEMENT
8. NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION
9. NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS
10. WAIVER OF SERVICE OF SUMMONS
11. CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE
12. JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER
13. SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND PROPOSED ORDER
14. DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA