LAW OFFICES OF
## ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
220 MONTGOMERY STREET, SUITE 303
SAN FRANCISCO, CALIFORNIA 94104
PHONE: (415) 392-5431  FAX: (415) 392-1978

MORSE ERSKINE (1895-1968)
J. BENTON TULLEY (1908-1974)

February 13, 2007

Susan Rogers
Pacific Convention Services
454 Las Gallinas Avenue #184
San Rafael, CA 94903

Employer No. 81327

Dear Ms. Rogers:

We represent the Trustees of the Sign, Pictorial & Display Industry Trust Funds. We are writing you because the Trust Fund records show new unpaid contributions for the following months:

December 2006

This matter has been referred to our office because the reports were not filed in response to the Trust Funds' billing and correspondence with you. Presently your company is on a payment plan for earlier delinquencies.

Under your contract with the Sign Industry Local 510 and the terms of the Trust Agreements, employers who pay contributions on a delinquent basis must also pay interest, and liquidated damages. These agreements also provide that the employer is obligated to pay attorneys fees and court cost if legal action is necessary to collect the delinquency.

This letter constitutes a first and final notice from us prior to suit.

Yours very truly,


Michael J. Carroll
(Dictated but not signed by)

MJC/se

cc: Polly Baney

LAW OFFICES OF
## ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
220 MONTGOMERY STREET, SUITE 303
SAN FRANCISCO, CALIFORNIA 94104
PHONE: (415) 392-5431  FAX: (415) 392-1978

MORSE ERSKINE (1895-1968)
J.BENTON TULLEY (1908-1974)

May 30, 2007

Susan Rogers
Pacific Convention Services
454 Las Gallinas Avenue #184
San Rafael, CA 94903

Employer No. 81327

Dear Ms. Rogers,

We represent the Trustees of the Sign, Pictorial & Display Industry Trust Funds. We are writing you concerning the Trust Fund billing for unpaid contributions based on an audit of your firm's payroll books. It disclosed the following indebtedness:

January 1, 2005 through December 31, 2005:
- Contributions         $    613.11
- Liquidated damages    $  2,800.00
- Interest              $    397.59

This matter has been referred to our office because the amount was not paid in response to the Trust Funds' billing and correspondence with you. A copy of the auditor's report is attached for your reference.

Under your contract with the Sign Industry Local 510 and the terms of the Trust Agreements, employers who pay contributions on a delinquent basis must also pay liquidated damages and interest. These agreements also provide that the employer is obligated to pay attorneys fees and court costs if legal action is necessary to collect the delinquency.

This letter constitutes a first and final notice from us prior to suit.

Pacific Convention Services
May 30, 2007
Page 2


If we have not received your check payable to Sign Pictorial and Display Benefit Plans in the total amount of $3,810.70 consisting of the contributions, liquidated damages and interest as outlined above AT THIS OFFICE within ten (10) days of the date of this letter, suit will be commenced against you without further delay.

If you believe our information is inaccurate or that we are unaware of all of the pertinent circumstances in this matter, please contact Mrs. Eastman in our office at once.

Yours very truly,


Michael J. Carroll
(Dictated but not signed by)
MJC/se

# SIGN PICTORIAL AND DISPLAY INDUSTRY TRUST FUNDS

## MEMORANDUM

**DATE:** March 1, 2007

**TO:** Pacific Convention Services
Susan Rogers, Owner

**FROM:** Polly Baney, Allied Administrators

**SUBJECT:** Compliance Audit – Account #81327

---

Attached is a copy of the results of the employee benefit audit for the period January 1, 2005 through December 31, 2005, as conducted for Sign, Pictorial and Display Trust Funds by Hemming Morse, Inc. Per the attached schedule, please remit the fringe benefits due, interest, and liquidated damages totaling $3,810.70 payable to the Sign, Pictorial and Display Trust Funds and send it to my attention within the next 10 business days.

If you dispute these audit findings, please state your claim in writing and send with all documentation to the Trust within the next 10 working days.

Should you have any questions regarding this audit, please call Hemming Morse, Inc. at (415)836-4000, or write to them at 160 Spear St., Ste. 1900, San Francisco, CA 94105.

PB:vl

C:\WP\SIGN\COMPLIANCE.FRM