```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431
Facsimile:  (415) 392-1978

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SIGN, PICTORIAL AND DISPLAY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC CONVENTION SERVICES, etc.,<br><br>Defendant. | NO.  C 07 3205 SC<br><br>(PROPOSED)<br>ORDER AND<br><u>DEFAULT JUDGMENT</u> |

     Good cause appearing therefor, it is hereby ORDERED that default judgment be entered in favor of Plaintiffs, BOARD OF TRUSTEES OF THE SIGN, PICTORIAL AND DISPLAY INDUSTRY WELFARE AND PENSION TRUST FUNDS; MIKE HARDEMAN, TRUSTEE, against defendant, PACIFIC CONVENTION SERVICES, INC., a corporation, doing business as PACIFIC CONVENTION SERVICES, as follows:

////
////
////
////
////

1. Principal

    Contributions    $24,778.77

    Liquidated Damages    5,758.17

2. Interest    1,633.15

3. Attorneys fees    555.00

4. Costs    430.00

TOTAL:    $33,155.09

DATED:_____

_____
JUDGE SAMUEL CONTI

ORDER AND DEFAULT JUDGMENT
2