UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SIGN, PICTORIAL AND DISPLAY, et al., ) <br> Plaintiffs, ) <br> vs. ) <br> PACIFIC CONVENTION SERVICES, etc., ) <br> Defendant. ) | NO. C 07 3205 SC <br><br> <u>DEFAULT JUDGMENT</u> |

     Good cause appearing therefor, it is hereby ORDERED that default judgment be entered in favor of Plaintiffs, BOARD OF TRUSTEES OF THE SIGN, PICTORIAL AND DISPLAY INDUSTRY WELFARE AND PENSION TRUST FUNDS; MIKE HARDEMAN, TRUSTEE, against defendant, PACIFIC CONVENTION SERVICES, INC., a corporation, doing business as PACIFIC CONVENTION SERVICES, as follows:

1. Principal

    Contributions          $24,778.77

    Liquidated Damages     5,758.17

2. Interest                         1,633.15

3. Attorneys fees             555.00

4. Costs                             430.00

   TOTAL:                   <u>$33,155.09</u>

DATED: December 18, 2007

*Samuel Conti*
_____
JUDGE SAMUEL CONTI