OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
(415) 556-3031

Attorney or Party Without Attorney *(Name and Address)*: Telephone No.: (415) 392-5431

[X] Recording requested by and return to:
ERSKINE & TULLEY
MICHAEL J. CARROLL (STATE BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104

[X] Attorney For   [X] Judgment Creditor   [ ] Assignee of Record

Case Number: C 07 3205 SC

Plaintiff: BOARD OF TRUSTEES OF THE SIGN, et al.

Defendant: PACIFIC CONVENTION SERVICES, etc.

## ABSTRACT OF JUDGMENT

1. [X] Judgment creditor [ ] Assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      
      PACIFIC CONVENTION SERVICES, INC.
      c/o Susan Rogers
      454 Las Gallinas Ave PMB#184
      San Rafael, CA 94903

   e. Appeals when taken
   f. Appellate Court Judgment

   b. Driver's license no. & state:          [X] unknown.
   c. Social Security no.:                   [X] unknown.
   d. Summons was personally served at or mailed to *(address)*: 987 DEL GANADO RD.
                                                                  SAN RAFAEL, CA 94903

   [ ] Information regarding additional judgment debtors is shown on the reverse.
   Date: 2/12/08

   MICHAEL J. CARROLL
   *(TYPE OR PRINT NAME)*                              *(SIGNATURE OF APPLICANT OR ATTORNEY)*

2. a. [X] I certify that the following is a true and correct abstract of the judgment entered in this action.
   b. [ ] A certified copy of the judgment is attached.

3. Judgment creditor *(name and address)*:
   BOARD OF TRUSTEES OF THE SIGN, PICTORIAL
   AND DISPLAY INDUSTRY WELFARE AND PENSION
   TRUST FUNDS; MIKE HARDEMAN, TRUSTEE
   c/o ERSKINE & TULLEY, 220 Montgomery
   St., #303, San Francisco, CA 94104

4. Judgment debtor *(full name as it appears in judgment)*:
   PACIFIC CONVENTION SERVICES, INC., a
   corporation, doing business as PACIFIC
   CONVENTION SERVICES
       RICHARD W. WIEKING, Clerk

   by: _____
       Deputy Clerk

       2/15/08
       Date Issued

5. a. Judgment entered *(date)*: 12/18/07
   b. Renewal entered *(date)*:
   c. Renewal entered *(date)*:

6. Total amount of judgment as entered or last renewed:
   $ 33,155.09

7. [ ] An [ ] execution [ ] attachment lien is endorsed
       on the judgment as follows:
       a. amount: $
       b. in favor of *(name and address)*:

8. A stay of enforcement has
   a. [X] not been ordered by the court.
   b. [ ] been ordered by the court effective until *(date)*:

9. [ ] This is an installment judgment.

ABSTRACT OF JUDGMENT

| PLAINTIFF: | CASE NUMBER: |
|---|---|
| DEFENDANT: | |

Information regarding additional judgment debtors:

10. Name and last known address

Driver's license no. & state: ☐ unknown.
Social Security no.: ☐ unknown.
Summons was personally served at or mailed to *(address)*:

11. Name and last known address

Driver's license no. & state: ☐ unknown.
Social Security no.: ☐ unknown.
Summons was personally served at or mailed to *(address)*:

12. Name and last known address

Driver's license no. & state: ☐ unknown.
Social Security no.: ☐ unknown.
Summons was personally served at or mailed to *(address)*:

13. Name and last known address

Driver's license no. & state: ☐ unknown.
Social Security no.: ☐ unknown.
Summons was personally served at or mailed to *(address)*:

14. Name and last known address

Driver's license no. & state: ☐ unknown.
Social Security no.: ☐ unknown.
Summons was personally served at or mailed to *(address)*:

15. Name and last known address

Driver's license no. & state: ☐ unknown.
Social Security no.: ☐ unknown.
Summons was personally served at or mailed to *(address)*:

16. Name and last known address

Driver's license no. & state: ☐ unknown.
Social Security no.: ☐ unknown.
Summons was personally served at or mailed to *(address)*:

17. Name and last known address

Driver's license no. & state: ☐ unknown.
Social Security no.: ☐ unknown.
Summons was personally served at or mailed to *(address)*: